FILED: January 3, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 12-2175

(1:11-cv-02195-RDB)

_____

KIRAN M. DEWAN, CPA, P.A., A Maryland close corporation; KIRAN M. DEWAN, a citizen of Maryland

      Plaintiffs - Appellants

v.

ARUN WALIA, a non-resident alien, citizen of Canada

      Defendant - Appellee

_____

O R D E R

_____

      The court extends the briefing schedule as follows:

      Appendix due: 01/16/2013

      Opening brief due: 01/16/2013

      Response brief due: 02/20/2013

      Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk